*E-filed 07/07/08*

**United States District Court**
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| AIFANG SHI, | Case No.  08-80131-RMW (HRL) |
| Plaintiff, | |
| v. | **ORDER SETTING HEARING DATE AND BRIEFING SCHEDULE** |
| CENTRAL ARIZONA COLLEGE, et. al, | |
| Defendants. | |

Please take notice that the court will hear arguments on plaintiff's Motion to Quash the Subpoena Duces Tecum and Alternative Motion for Protective Order on **Tuesday, August 12, 2008 at 10:00 am**, Courtroom 2, 5th floor of the United States District Court, San Jose.  The defendant's Opposition Brief shall be filed no later than **July 22, 2008** and the plaintiff's Reply Brief shall be filed no later than **July 29, 2008.**

Dated: 07/07/08

HOWARD R. LLOYD
UNITED STATES MAGISTRATE JUDGE

1  Notice will be mailed to:

2  Aifang Shi, 4230 Laurel Street, Fremont, CA 94538

3  Christine Kriegsfeld, Littler Mendelson, 2425 East Camelback Road, Suite 900, Phoenix, AZ
4  85003

6  *Counsel are responsible for distributing copies of this document to co-counsel who have not
   registered for e-filing under the court's CM/ECF program.

11  Dated: 07/07/08              /s/ MPK
12                               Chambers of Magistrate Judge Howard R. Lloyd