J. Greg Coulter; AZ Bar No. 016890
gcoulter@littler.com
Christie L. Kriegsfeld, AZ Bar No. 022537
ckriegsfeld@littler.com
LITTLER MENDELSON
A Professional Corporation
Camelback Esplanade
2425 East Camelback Road, Suite 900
Phoenix, AZ 85016
Telephone: 602.474.3600
Facsimile: 602.957.1801

Attorneys for Defendants

FILED

2008 JUL 16 P 2:02

RICHARD W. WIEKING
CLERK
U.S. DISTRICT COURT
NO. DIST. OF CA. S.J.

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Aifang Shi,<br><br>Plaintiff,<br><br>v.<br><br>Central Arizona College, Ruth E. Carlson, Jon M. Stevens, Michael Hughes, and Mary Marrinan-Menchaca,<br><br>Defendants. | Case No. CV08-80131 MISC.RMW-HRL<br><br>Pending in the District of Arizona<br>Case No. CV 2007-1147-PHX-SRB<br><br>**APPLICATION FOR ADMISSION OF ATTORNEY *PRO HAC VICE*** |

Pursuant to Civil L.R. 11-3, Christie L. Kriegsfeld, an active member in good standing of the bar of Arizona, hereby applies for admission to practice in the Northern Disctict of California on a *pro hac vice* basis representing Defendants in the above-entitled action.

In support of this application, I certify on oath that:

1. I am an active member in good standing of a United States Court or of the highest court of another State or the District of Columbia, as indicated above.

2. I agree to abide by the Standards of Professional Conduct set forth in Civil Local Rule 11-4, to comply with General Order No. 45, Electronic Case Filing, and to

LITTLER MENDELSON
A PROFESSIONAL CORPORATION
Camelback Esplanade
2425 East Camelback Road
Suite 900
Phoenix, AZ 85016
602.474.3600

1. become familiar with the Local Rules and the Alternative Dispute Resolution programs of this Court; and

3. An attorney who is a member of the bar of this Court in good standing and who maintains an office within the State of California has been designated as co-counsel in the above-entitled action. The name, address, and telephone number of that attorney is:

J. Greg Coulter, CA Bar No. 174936
LITTLER MENDELSON
2049 Century Park East, 5th Fl.
Los Angeles, CA 90067
Telephone: 310.553.0308
Facsimile: 310.553.5583

I declare under penalty of perjury that the foregoing is true and correct.

RESPECTFULLY SUBMITTED this 15th day of July 2008.

*/s/ Christie L. Kriegsfeld*
J. Greg Coulter
Christie L. Kriegsfeld
LITTLER MENDELSON, P.C.
Attorneys for Defendants

ORIGINAL and two copies of the foregoing Federal Express this 15th day of July 2008, to:

DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
280 South 1st St.
San Jose, CA 95113

COPY of the foregoing mailed this 15th day of July 2008, to:

AIFANG SHI
4230 Laurel St. #7
Fremont, CA 94538
Phone: (510) 490-3308
ProPer Plaintiff

Firmwide:85887042.1 047789.1007

LITTLER MENDELSON
A PROFESSIONAL CORPORATION
Camelback Esplanade
2425 East Camelback Road
Suite 900
Phoenix, AZ 85016
602.474.3600

-2-