RECEIVED

2008 JUL 16 PM 2: 02

RICHARD W. WIEKING
CLERK
U.S. DISTRICT COURT
NO. DIST. OF CA. S.J.

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Aifang Shi,<br><br>　　　　Plaintiff,<br><br>v.<br><br>Central Arizona College, Ruth E. Carlson, Jon M. Stevens, Michael Hughes, and Mary Marrinan-Menchaca,<br><br>　　　　Defendants. | Case No. CV08-80131 MISC.RMW-HRL<br><br>Pending in the District of Arizona<br>Case No. CV 2007-1147-PHX-SRB<br><br>**ORDER GRANTING APPLICATION FOR ADMISSION OF ATTORNEY *PRO HAC VICE*** |

Christie L. Kriegsfeld, an active member in good standing of the bar of Arizona, whose business address and telephone number is:

LITTLER MENDELSON
2425 E. Camelback Rd., Suite 900
Phoenix, Arizona 85016
Telephone: 602.474.3600
Facsimile: 602.957.1801

having applied in the above-entitled action for admission to practice in the Northern District of California on a *pro hac vice* basis, representing Defendants:

IT IS HEREBY ORDERED THAT the application is granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicate appearance *pro hav vice*. Service of papers upon and communication with co-counsel designated in the

application will constitute notice to the party. All future filings in this action are subject to the requirements contained in General Order No. 45, *Electronic Case Filing*.

DATED this ____ day of July 2008.

_____
United States Judge

Firmwide:85887804.1 047789.1007

-2-