1  J. Greg Coulter; AZ Bar No. 016890, CA Bar No. 174936
2  gcoulter@littler.com
   Christie L. Kriegsfeld, AZ Bar No. 022537
3  Admission *Pro Hac Vice*
   ckriegsfeld@littler.com
4  LITTLER MENDELSON
5  A Professional Corporation
   Camelback Esplanade
6  2425 East Camelback Road, Suite 900
   Phoenix, AZ  85016
7  Telephone:   602.474.3600
8  Facsimile:    602.957.1801

9  Attorneys for Defendants
10

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| Aifang Shi,<br><br>            Plaintiff,<br><br>v.<br><br>Central Arizona College, Ruth E. Carlson, Jon M. Stevens, Michael Hughes, and Mary Marrinan-Menchaca,<br><br>            Defendants. | Case No. CV08-80131 MISC.RMW-HRL<br><br>Pending in the District of Arizona<br>Case No. CV 2007-1147-PHX-SRB<br><br>**DEFENDANTS' MOTION TO APPEAR TELEPHONICALLY AT AUGUST 12, 2008, HEARING** |
|---|---|

I, Christie L. Kriegsfeld, am the attorney for Defendants Central Arizona College, Ruth E. Carlson, Jon M. Stevens, Michael Hughes, and Mary Marrinan-Menchaca. I maintain my regular office in Phoenix, Arizona and was admitted *pro hac vice* in this Court for the purpose of responding to Plaintiff's Motion to Quash a Third-Party Subpoena issued within this District.

Pursuant to the Court's instructions, I submit the foregoing Motion for Consideration to appear telephonically at the hearing regarding Plaintiff's Motion to Quash scheduled for Tuesday, August 12, 2008 at 10:00 a.m.

LITTLER MENDELSON
A PROFESSIONAL CORPORATION
Camelback Esplanade
2425 East Camelback Road
Suite 900
Phoenix, AZ  85016
602.474.3600

1  I request permission to attend the hearing by telephone because I am located in
2  Arizona and a personal appearance in this Court would require considerable travel and
3  expense to Defendants, to attend what is presumably a brief hearing to oppose the Motion to
4  Quash a Third-Party Subpoena filed by Plaintiff. Therefore, I request permission to attend
5  the hearing by telephone.

6  RESPECTFULLY SUBMITTED this 30th day of July 2008.

*s/ Christie L. Kriegsfeld*<br>
J. Greg Coulter<br>
Christie L. Kriegsfeld, admitted *pro hac vice*<br>
LITTLER MENDELSON, P.C.<br>
Attorneys for Defendants

I hereby certify that I electronically transmitted the attached document to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing to the following CM/ECF registrants, and mailed a copy of same to the following if non-registrants, this 30th day of July 2008:

AIFANG SHI
4230 Laurel St. #7
Fremont, CA 94538
Phone: (510) 490-3308
Plaintiff

*s/ Corinne Mercier*
Firmwide:86047239.1 047789.1007

LITTLER MENDELSON
A Professional Corporation
Camelback Esplanade
2425 East Camelback Road
Suite 900
Phoenix, AZ 85016
602 474 3600

1
2
3
4
5
6
7

## UNITED STATES DISTRICT COURT

## FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Aifang Shi,<br><br>        Plaintiff,<br><br>v.<br><br>Central Arizona College, Ruth E. Carlson, Jon M. Stevens, Michael Hughes, and Mary Marrinan-Menchaca,<br><br>        Defendants. | Case No. CV08-80131 MISC.RMW-HRL<br><br>Pending in the District of Arizona<br>Case No. CV 2007-1147-PHX-SRB<br><br>**ORDER GRANTING DEFENDANTS' MOTION TO APPEAR TELEPHONICALLY AT AUGUST 12, 2008, HEARING** |

    The Court, having considered Defendants' Motion, and good cause appearing therefor,

    IT IS HEREBY ORDERED granting Defendants' Motion to Appear Telephonically at the August 12, 2008, Hearing.

    DATED this _____ day of _____ 2008.

 

_____
Judge of the United States District Court
for the Northern District of California