*e-filed 8/7/08*

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Aifang Shi,<br><br>　　　　Plaintiff,<br><br>v.<br><br>Central Arizona College, Ruth E. Carlson, Jon M. Stevens, Michael Hughes, and Mary Marrinan-Menchaca,<br><br>　　　　Defendants. | Case No. CV08-80131 MISC.RMW-HRL<br><br>Pending in the District of Arizona<br>Case No. CV 2007-1147-PHX-SRB<br><br>**ORDER GRANTING DEFENDANTS' MOTION TO APPEAR TELEPHONICALLY AT AUGUST 12, 2008, HEARING** |

　　The Court, having considered Defendants' Motion, and good cause appearing therefor,

　　IT IS HEREBY ORDERED granting Defendants' Motion to Appear Telephonically at the August 12, 2008, Hearing.

　　DATED this 6 day of August 2008.

_____
Judge of the United States District Court
for the Northern District of California

THIS SHALL CERTIFY THAT NOTICE WILL BE SENT TO:

ckriegsfeld@littler.com

Aifang Shi 4230 Laurel St. #7, Fremont, CA 94538

\* Counsel are responsible for providing copies of this order to co-counsel who have not registered for e-filing.

Date:    8/7/08                      MPK
                                              Chambers of Magistrate Judge Howard R. Lloyd