*E-filed 8/11/08*

NOT FOR CITATION

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| AIFANG SHI,<br><br>    Plaintiff,<br><br>  v.<br><br>CENTRAL ARIZONA COLLEGE, RUTH E. CARLSON, JON M. STEVENS, MICHAEL HUGHES, MARY MARRINEN-MENCHACA,<br><br>    Defendants.<br>_____/ | Case No. CV 08-80131 JF (HRL)<br><br>**CLERK'S NOTICE VACATING MOTION HEARING** |

The court having determined pursuant to Civil Local Rule 7-1(b) that this matter is appropriate for disposition without a hearing, the hearing on Plaintiff's Motion [Docket No. 1] —currently noticed for August 12, 2008—is VACATED.

Dated:  8/11/08                                  /s/ MPK
                                                            Chambers of Magistrate Judge Howard R. Lloyd

1  THIS SHALL CERTIFY THAT A COPY OF THIS ORDER WILL BE SENT TO:

2  Aifang Shi, 4230 Laurel Street, Fremont, CA 94538

3  Christine Kriegsfeld  CKRIEGSFELD@LITTLER.COM

5  * Counsel are responsible for providing copies of this order to co-counsel.

7  Dated:  8/11/08

                                           /s/ MPK
                              Chambers of Magistrate Judge Lloyd

**United States District Court**
For the Northern District of California